Filed
MAY 09 2024
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION
2 Pages Scanned by EM

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Via Email @ 2:04pm

In re:

RAPHAEL KHORRAN,    Case No.: 8:23-bk-05477 - RCT

Chapter: 7

Debtor.:

PRO HEALTH, INC. (Plaintiff)

**Response to application for Summons for extension of time by Attorney Mr. Belts.**

The application dated today's date (May 8th, 2024) under the heading "SUMMONS SERVICE EXECUTED" Local Rule 7001-1 filed by Attorney Mr. Belts.

Attorney Mr. Belts is fraught with inaccuracies and misrepresentations as illustrated by my previous documents filed in court.

Of paramount importance is the current stay of execution of the proceedings pending the decision of the court of appeal.

As a result of the foregoing reasons Attorney Mr. Belts application for any extension of time is inappropriate an ought to be rejected.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was sent via the courts electronic filing portal as follows on May 08th, 2024.

TOWNSEND J. BELT, Esq

Anthony & Partners, LCC

100 South Ashley Drive, Suite 1600

Tampa Fl 33602

tbelt@anthonyandpartners.com

__/s/ Raphael Khorran_____

Dr. Raphael Khorran