U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

RAPHAEL KHORRAN                              Case No. 8:23-bk-05477-RCT
                                             Chapter 7

    Debtor.

_____/

**HILLSBOROUGH COUNTY TAX COLLECTOR'S**
**NOTICE OF WITHDRAWAL OF**
**CLAIM NO. 1**

Nancy C. Millan, Hillsborough County Tax Collector ("Tax Collector"), through her undersigned counsel, hereby withdraws Claim No. 1 filed on December 12, 2023. As grounds therefore, the Tax Collector states that a tax certificate was sold to a third party for the 2023 taxes for folio A1160700000.

/s/ *Brian T. FitzGerald*
Brian T. FitzGerald, Esq.
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida  33601-1110
Phone:  (813) 272-5670
Fax:  (813) 272-5758
fitzgeraldb@hcfl.gov
stroupj@hcfl.gov
connorsa@hcfl.gov
Attorney for Nancy C. Millan,
Hillsborough County Tax Collector

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: **Raphael Khorran**, *pro se*, 3404 Tally Court, Tampa, FL 33618; and by Electronic Notice via the Court's CM/ECF System to: **Trustee Amy Denton Mayer**, 110 East Madison Street, Suite 200, Tampa, FL 33602; and the **United States Trustee**, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602, and all other parties receiving Electronic Notice via the Court's CM/ECF System, on this 25th day of June, 2024.

/s/ Brian T. FitzGerald
Brian T. FitzGerald
Senior Assistant County Attorney